# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| KENNETH MASON | ) |
| | ) Case No.  3 24-cr-00109 |
| | ) USM No  35352-509 |
| | ) Erik Herbert |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s) _____1 and 2_____ of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to notify probation officer within 72 hours of arrrest | 01/18/2026 |
| 2 | Commission of state crime | 01/18/2026 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  Upon oral motion of the Government, violation number 3 is dismissed

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc Sec No  _0018_

Defendant's Year of Birth  _1991_

City and State of Defendant's Residence
Memphis, Tennessee

07/13/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

July 28, 2026
Date

Judgment — Page __2__ of __3__

DEFENDANT: KENNETH MASON
CASE NUMBER· 3 24-cr-00109

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of .

Time served (1 day)

☐   The court makes the following recommendations to the Bureau of Prisons·

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district

   ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows.

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  KENNETH MASON
CASE NUMBER:  3 24-cr-00109

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

Approximately 3 1/2 months (end date of October 26, 2026) with same conditions as previously imposed with additional condition that Defendant will self-report, by September 1, 2026, to Georgia authorities in connection with his outstanding warrant for a probation violation.